## BLACKWOOD v. STATE.
### No. 26413.

Court of Criminal Appeals of Texas.
May 6, 1953.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

BELCHER, Commissioner.

The appellant was convicted for the offense of unlawfully operating a motor vehicle upon a public highway while intoxicated, and his punishment was assessed at a fine of $75.

The complaint and information, as well as all matters of procedure, appear reg-

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.